# United States Court of Appeals
## For the First Circuit

No. 19-1754

JEFFREY BOUDREAU, as Personal Representative of the Estate of
Wendy Boudreau,

Plaintiff, Appellant,

v.

SHAW'S SUPERMARKETS, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on April 10, 2020, is
amended as follows:

On page 18, line 13, replace "173.!" with "173."